STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS MEYERS, PLAINTIFF IN ERROR.

Submitted February 17, 1933—Decided April 28, 1933.

For the defendant in error, *John N. Drewen.*

For the plaintiff in error, *Jacob S. Glickenhaus.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, LLOYD, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.